**Bill Alexander CARTMILL**

v.

**STATE.**

No. 0542–88.

Court of Criminal Appeals of Texas, En Banc.

Dec. 23, 1992.

Appeal from 296th Criminal District Court, Collin County; Verla Sue Holland, Judge.

Prior report: Tex.App., 748 S.W.2d 581.

On appellant's petitions for discretionary review: judgment of the Court of Appeals reversed and cause remanded to the trial court.

McCORMICK, P.J., and CAMPBELL, WHITE and BENAVIDES, JJ., dissent.